UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLS DISCOUNT PHARMACY,
INC., et al.,

     Appellants,

v.                                                          CASE NO: 8:05-cv-751-T-23TGW

FINOVA CAPITAL CORPORATION,

     Appellee.

_____/

### ORDER

Finova Capital Corporation ("Finova") files a motion (Doc. 12) to dismiss.  Nichols

Discount Pharmacy, Inc. ("Nichols"), files a "motion for leave of court to file appellant

brief out of time, *nunc pro tunc*, and objection to appellee's motion to dismiss" (Doc. 14).

For the reasons cited in Nichols' response (Doc. 14) and memorandum (Doc. 15), the

motion (Doc. 12*)* to dismiss is **DENIED**.  Accordingly, the motion (Doc. 14) to file the

appellant's brief *nunc pro tunc* is **GRANTED**.  Additionally, Finova files an unopposed

motion (Doc. 17) for an extension of time to file an answer pending resolution of a

motion (Doc. 13) to consolidate.  The motion (Doc. 17) for an extension is **GRANTED**.

Finova shall file a response **within thirty days after entry of an order resolving the**

**motion (Doc. 13) to consolidate**.

     ORDERED in Tampa, Florida, on June 27, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy