UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

<u>IN RE OPTICAL TECHNOLOGIES, INC.</u>

PEPE'S DRUGSTORE, INC., et al,

    Appellants,

v.

FINOVA CAPITAL CORPORATION,

    Appellee.
_____/

CASE NO:  8:05-cv-751-T-23TGW
               8:05-cv-905-T-23EAJ
               8:05-cv-906-T-23MSS
               8:05-cv-956-T-23MSS
               8:05-cv-991-T-23TBM

## ORDER

Nichols Discount Pharmacy, Inc. (Doc. 24), James K. Killgore, Inc. (Doc. 26), Lacy Bordelon Shaw (Doc. 27), Pepe's Drugstore, Inc. (Doc. 28), and Gregory and Harry Woodall (Doc. 30) move to dismiss their bankruptcy appeals in this consolidated action. The appellants' motions (Docs. 24, 26, 27, 28, 29) to dismiss their bankruptcy appeals are **GRANTED** and the appeals are **DISMISSED**. Nichols Discount Pharmacy's superfluous motion (Doc. 25) to dismiss its bankruptcy appeal is **DENIED AS MOOT**. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 19, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE